UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>V.                                                      )          CR. NO. 1-23-cr-10246-DLC<br>)<br>SUDIPTA MOHANTY                      )<br>) | |

### DEFENDANT'S MOTION FOR JUDGMENT OF ACQUITTAL PURSUANT TO FED. CRIM. P. 29

The accused, Dr. Sudipta Mohanty, respectfully requests that this Court enter a judgment of acquittal pursuant to Fed. R. Crim. P. 29. In support, Dr. Mohnaty states that there is because there is insufficient evidence permit a reasonable factfinder to find guilt beyond reasonable doubt, even in the light most favorable to the government.

Respectfully Submitted,
Counsel for the defendant,

*/s/ Claudia Lagos*
Claudia Lagos
Scully & Lagos
10 Post Office Square
Boston, MA  02109
(617) 307-5055

Dated: January 30, 2024

### Certificate of Service

I hereby certify that a copy of this Motion was served via ECF to all registered participants identified in the Notice of Electronic Filing (NEF) and paper copies will be served upon any party or counsel of record who is not a registered participant of the Court's ECF

1

System. /s/ *Claudia Lagos*, January 30, 2024