AO 245A  (Rev. 12/03) Judgment of Acquittal

# UNITED STATES DISTRICT COURT

DISTRICT OF Massachusetts

UNITED STATES OF AMERICA

V.

Sudipta Mohanty

**JUDGMENT OF ACQUITTAL**

CASE NUMBER: 1:23-cr-10246-DLC

The Defendant was found not guilty.  IT IS ORDERED that the Defendant is acquitted, discharged, and any bond exonerated.



Signature of Judge

| Donald L. Cabell | US Magistrate Judge |
|---|---|
| Name of Judge | Title of Judge |

1/31/2024

Date